# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

March 24, 2011

No. 11-20044
Summary Calendar

Lyle W. Cayce
Clerk

VICTOR HUGO DEL RIO,

Plaintiff - Appellant

v.

THE STATE OF TEXAS; TRACEY DEL RIO,

Defendants - Appellees

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:11-CV-130

Before DAVIS, SMITH, and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

Victor Hugo Del Rio appeals the district court's dismissal with prejudice of his verified emergency complaint and various motions. He files in this court motions for accelerated review, a stay pending appeal, and for injunctive relief. Del Rio's appeal is frivolous and entirely without merit. *See Coghlan v. Starkey*, 852 F.2d 806, 811 (5th Cir. 1988); 5th Cir. R. 42.2. Accordingly, the appeal is DISMISSED and all outstanding motions are DENIED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.